OF THE STATE OF ARKANSAS. 541

TERM, 1861]          The State vs. Sartain et al.

━━◁┤┼◁◆▷┼┼━▷━

## THE STATE VS. SARTAIN ET AL.

A scire facias upon a forfeited recognizance must show that the recognizance was entered into before a court or officer authorized to take it. (*Darby et al. vs. State*, 21 *Ark.*)

### Appeal from Perry Circuit Court.

Hon. JOHN J. CLENDENIN, Circuit Judge.

HOLLOWELL, Attorney General, for the State.

Mr. Justice COMPTON delivered the opinion of the court.

This was a proceeding by scire facias on a forfeited recognizance. The scire facias does not show that the recognizance was entered into before the court in which the prosecution was had, or before any of the officers authorized by law

to take it, which this court held in *Darby et al. vs. The State,* 21 *Ark.* 523, must be shown. The judgment of the court below quashing the *scire facias* is, therefore, affirmed. Of course the State may sue out an *alias.*